Eastern District of Kentucky
FILED
APR 14 2011
At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

DAMON FOSTER, )
)
   Plaintiff, ) CIVIL ACTION NO. 7:11-20-HRW
)
V. )
) **JUDGMENT**
SENIOR SPECIALIST MOORE, *et al.*, )
)
)
   Defendants.

\*\*    \*\*    \*\*    \*\*    \*\*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** that:

(1)    Judgment is entered in favor of the Defendants, (1) "L." Moore, Senior Specialist, United States Penitentiary-Big Sandy ("USP-Big Sandy"); (2) "C. " Tuozzo, Correctional Officer, USP-Big Sandy; and (3) unknown John Doe Correctional Officers, USP-Big Sandy;

(2)    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay;

(3)    The Court **CERTIFIES** that any appeal would not be taken in good faith; and

(4)    This matter **IS STRICKEN** from the Court's active docket.

This April 14, 2011.

